**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 1:22-bk-19932-RAM |
| Burke Brands LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| Velocity Capital Group, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Pro. No.: 1:23-ap-01080-RAM |
| v. ) | |
| ) | |
| Burke Brands LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## VELOCITY CAPITAL LLC'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Velocity Capital, LLC ("**Velocity Capital**"), by and through its undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and this Court's Local Bankruptcy Rule 7003-1(B)(2), hereby makes the following disclosure:

Velocity Capital is a limited liability company, and no publicly held corporation owns 10% or more of any class of its equity interests.

## CERTIFICATION OF ATTORNEY PURSUANT TO
## LOCAL BANKRUPTCY RULE 9011-4(B)(2)

I HEREBY CERTIFY that the undersigned attorney is appearing pro hac vice in this matter pursuant to court order dated January 9, 2023 [Bankr. Doc. No. 56].

Dated: April 13, 2023.                    Respectfully submitted,

                                          /s/ *Shanna M. Kaminski*\*

1

Shanna M. Kaminski, Esq.
*Admitted Pro Hac Vice*
MICH. BAR NO. P74013
KAMINSKI LAW PLLC
P.O. BOX 247
Grass Lake, MI 49240
T: (248) 462-7111
skaminski@kaminskilawpllc.com
*Attorney for Velocity Capital Group, LLC, and Winn Capital*

Elizabeth R. Brusa, Esq.
Fla. Bar No. 125655
**BRADLEY ARANT BOULT CUMMINGS LLP**
Tampa, FL 33602
T: (813) 559-5500 | F: (813) 229-5946
Primary email: ebrusa@bradley.com
Secondary email: jbrandt@bradley.com
*Local Counsel for Velocity Capital Group, LLC, and Winn Capital*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2023, I electronically filed the foregoing with the Clerk of the Court, which caused a copy to be served on those registered for CM/ECF service and via US First Class Mail or electronic mail, as indicated, on the following:

*Via email*
Aaron A. Wernick
Wernick Law, PLLC
2255 Glades Rd #324A
Boca Raton, FL 33431
awernick@wernicklaw.com

*Via U.S. Mail*
Burke Brands LLC
521 N.E. 189th St.
Miami, FL 33179

/s/ *Shanna M. Kaminski*\*
Attorney
*Admitted pro hac vice*